**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | : | No. 439 MAL 2016 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| MICHAEL BRISTOL AND RCC, INC. | : | |
| | : | |
| | : | |
| PETITION OF: MICHAEL BRISTOL | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

In uninsured motorist claims subject to mandatory arbitration, is the statute of limitations tolled only by the commencement of an official judicial action, or may extra-judicial actions also toll the statute of limitations?